(111 So. 923)

George WASHINGTON, alias Henry Johnson, v. STATE. (6 Div. 892.) (Supreme Court of Alabama. March 31, 1927.) Appeal from

Circuit Court, Jefferson County; H. P. Heflin, Judge.

PER CURIAM. Appeal dismissed by appellant.